# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

Marilyn Kelly,
Chief Justice

139004

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PHILLIP DEAN COOPER,
          Plaintiff-Appellee,

v

RAVIS JENKINS and MARY LOUISE
WOODSON,
          Defendants,

and

FARM BUREAU INSURANCE COMPANY,
          Defendant-Appellant.

SC: 139004
COA: 283506
Wayne CC: 06-612077-NI

_____/

     On order of the Court, the application for leave to appeal the February 24, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk

p0921